**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00990-CR
No. 05-17-00991-CR
No. 05-17-00992-CR

**GERARD MONTRELL PERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-11984-K, F16-11985-K, F16-11986-K**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the December 24, 2017 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Gerard Montrell Perry, TDCJ No. 02153962, Denton County Jail, 127 N. Woodrow Lane, No. 300, Denton, Texas, 76205.

/s/    LANA MYERS
        JUSTICE